IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2017 DEC 11   PM 6: 39

DEPUTY CLERK_____

| | |
|---|---|
| AMARILLO INDEPENDENT SCHOOL DISTRICT, §<br>§<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>THE TRAVELERS LLOYDS INSURANCE COMPANY, §<br>§<br>§<br>Defendant. § | CIVIL ACTION NO. 2:15-cv-00155-J |

## ORDER

Before the Court is the parties' *Fifth Supplemental Joint Report on Status of Appraisal*, filed on December 8, 2017, seeking relief from the Court to file a Sixth Supplemental Joint Report on Status of Appraisal on March 8, 2018. This motion is GRANTED. The parties are ORDERED to file a Sixth Supplemental Joint Report on Status of Appraisal on or before March 8, 2018.


IT IS SO ORDERED.

Signed this **11th** day of December, 2017.



s/ Mary Lou Robinson
MARY LOU ROBINSON
SENIOR UNITED STATES DISTRICT JUDGE