UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| **AMARILLO INDEPENDENT SCHOOL DISTRICT,** § § § | |
| **Plaintiff,** § § | |
| v. § | **CASE NO. 2:15-cv-00155-J** |
| § | |
| **THE TRAVELERS LLOYDS INSURANCE COMPANY,** § § § § | |
| **Defendant.** § | **JURY DEMANDED** |

### SIXTH SUPPLEMENTAL JOINT REPORT
### ON STATUS OF APPRAISAL

TO THE HONORABLE COURT:

In accordance with this Court's order dated December 11, 2017 (DE #69), Plaintiff Amarillo Independent Scholl District ("AISD") and Defendant The Travelers Lloyds Insurance Company ("Travelers") file this Sixth Supplemental Joint Report on Status of Appraisal and respectfully state:

1. The parties have conferred with their designated appraisers – John Minor (for AISD) and Jim D. Koontz (for Travelers) – regarding the status of the pending appraisal proceeding.

2. Based on these discussions, the parties understand that the Appraisers and Umpire, Hon. William G. (Bud) Arnot, II (Ret.), have conducted site inspections of several properties involved in the claim. The Umpire has expressed his intent to issue a final award summarizing the scope and value of all damage associated with the claims by May 2018. The parties anticipate further meetings and phone conferences between the Appraisers and Umpire prior to May, in an effort to finalize the Appraisal Award.

3. Accordingly, the parties respectfully request the opportunity to provide this Court with a Seventh Supplemental Joint Report on Status of Appraisal no later than May 11, 2018.

Respectfully submitted,

Kelly Utsinger
Texas Bar No. 20416500
kelly.utsinger@uwlaw.com
Texas Bar No. 24080865
Benjamin D. Doyle
ben.doyle@uwlaw.com
**UNDERWOOD LAW FIRM, P.C.**
500 South Taylor, Suite 1200
P.O. Box 9158
Amarillo, TX 79105
Telephone: 806-376-5613
Facsimile: 806-379-0316

By: /s/ *Benjamin D. Doyle*
Benjamin D. Doyle
ATTORNEYS FOR PLAINTIFF

Steven J. Badger
Texas Bar No. 01499050
sbadger@zelle.com
James W Holbrook III
Texas Bar No 24032426
jholbrook@zelle.com
Jennifer L. Gibbs
Texas Bar No. 24050656
jgibbs@zelle.com
**ZELLE LLP**
901 Main Street, Suite 4000
Dallas, TX 75202-3975
Telephone: 214-742-3000
Facsimile: 214-760-8994

By: /s/ *Jennifer L. Gibbs*
Jennifer L. Gibbs
ATTORNEYS FOR DEFENDANT