IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AMARILLO I.S.D., | § | |
| | § | |
| PLAINTIFF, | § | |
| vs. | § | CIVIL ACTION CAUSE NUMBER |
| | § | |
| THE TRAVELERS LLOYDS INSURANCE | § | 2:15-CV-155-J |
| COMPANY, | § | |
| DEFENDANT. | § | |

## ORDER

Before the Court is the parties' sixth supplemental joint report on status of the appraisal process, filed March 8, 2018, seeking relief from the Court to file a seventh supplemental joint report on the status of the appraisal process on May 11, 2018. This joint request is GRANTED. The parties are ORDERED to file a seventh supplemental joint report on the status of the appraisal process by on or before **May 11, 2018.**

It is SO ORDERED.

Signed this the 22nd day of March, 2018.

**MARY LOU ROBINSON**
SENIOR UNITED STATES DISTRICT JUDGE