# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## AMARILLO DIVISION

| | | |
|---|---|---|
| AMARILLO INDEPENDENT SCHOOL DISTRICT, | § § § § § § § § § § § § § § | |
| Plaintiff, | | |
| vs. | | CASE NO.  2:15-cv-00155-J |
| THE TRAVELERS LLOYDS INSURANCE COMPANY, | | |
| Defendants. | | |

## NOTICE OF SETTLEMEMT

The parties respectfully notify the Court that they have reached a settlement to resolve all claims.  They anticipate fully documenting the settlement and dismissing this matter within the next 45 days.  The parties therefore request that the Court defer all further action until that time.

Respectfully submitted this 9th day of May, 2019.

>Respectfully submitted,
>
>*/s/ Javier Delgado*
>
>_____
>Javier Delgado, Esq.
>Merlin Law Group, P.A.
>515 Post Oak Blvd., Suite 510
>Houston, Texas 77027
>Telephone:  (713) 626-8880
>Facsimile:  (713) 626-8881
>jdelgado@merlinlawgroup.com
>
>Kelly Utsinger
>Andrea Slater Gulley
>Jennie C. Knapp
>Benjamin D. Doyle
>UNDERWOOD LAW FIRM, P .C.
>500 South Taylor, Suite 1200
>P.O. Box 9158
>Amarillo, TX 791 05
>Kelly.utsinger@uwlaw.com
>Andrea.gulley@uwlaw.com
>***Counsel for Plaintiff***

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished via the Court's ECF system on the date of entry on the Court's docket to:

Steven Badger
James Holbrook, III
Jennifer Gibbs
Zelle, LLP
901 Main Street, Suite 4000
Dallas, TX 75202
sbadger@zelle.com
jholbrook@zelle.com
jgibbs@zelle.com


                                                  __/s/ *Javier Delgado*_____
                                                  Javier Delgado, Esq.