IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AMARILLO INDEPENDENT SCHOOL DISTRICT, | § § § | |
| Plaintiff, | § § | |
| vs. | § | CASE NO. 2:15-cv-00155-J |
| | § | |
| THE TRAVELERS LLOYDS INSURANCE COMPANY, | § § § | |
| Defendants. | § § § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

Plaintiff, AMARILLO INDEPENDENT SCHOOL DISTRICT and Defendant THE TRAVELERS LLOYDS INSURANCE COMPANY (collectively "the parties") file this Joint Motion to Dismiss with prejudice, and in support thereof would respectfully show the Court as follows:

All matters between the parties have been fully settled. Accordingly, the parties now request that this matter, including all claims that have been and/or could have been asserted in this matter be dismissed with prejudice.

WHEREFORE, PREMISES CONSIDERED, Plaintiff AMARILLO INDEPENDENT SCHOOL DISTRICT and Defendant THE TRAVELERS LLOYDS INSURANCE COMPANY respectfully request that the above-styled and numbered case be dismissed with prejudice.

Respectfully submitted,

*/s/ Javier Delgado*
_____

Javier Delgado, Esq.
Merlin Law Group, P.A.
515 Post Oak Blvd., Suite 510
Houston, Texas 77027
Telephone: (713) 626-8880
Facsimile: (713) 626-8881
jdelgado@merlinlawgroup.com

Kelly Utsinger
Jennie C. Knapp
UNDERWOOD LAW FIRM, P .C.
500 South Taylor, Suite 1200
P.O. Box 9158
Amarillo, TX 79105
Kelly.utsinger@uwlaw.com
***ATTORNEYS FOR PLAINTIFF***


      */s/ Steven J. Badger*
By:_____
   **STEVEN J. BADGER**
   State Bar No: 01499050
   sbadger@zelle.com
   James W. Holbrook, III
   State Bar No: 24032426
   jholbrook@zelle.com
   Jennifer L. Gibbs
   State Bar No: 24050656
   jgibbs@zelle.com
   **ZELLE LLP**
   901 Main Street, Suite 4000
   Dallas, TX 75202
   (214) 749-4207 - Telephone
   (214) 760-8994 - Facsimile


**ATTORNEY FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing has been furnished via the Court's ECF system on the date of entry on the Court's docket to:

Steven Badger
James Holbrook, III
Jennifer Gibbs
Zelle, LLP
901 Main Street, Suite 4000
Dallas, TX 75202
sbadger@zelle.com
jholbrook@zelle.com
jgibbs@zelle.com

      */s/ Javier Delgado*
      Javier Delgado, Esq.