IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| AMARILLO INDEPENDENT SCHOOL DISTRICT, | § § § § | |
| Plaintiff, | § § | |
| vs. | § | CASE NO. 2:15-CV-155-D |
| | § § | |
| THE TRAVELERS LLOYDS INSURANCE COMPANY, | § § § | |
| Defendants. | § § § | |

**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**

On this day came on to be heard the parties' Joint Motion to Dismiss with Prejudice. Having considered the Motion, the Court is of the opinion that same should be **GRANTED**.

**IT IS, THEREFORE, ORDERED, ADJUDGED and DECREED** that all claims that have been and/or could have been asserted in the above-styled lawsuit are hereby dismissed with prejudice to the re-filing of same, with costs of Court to be taxed against the party incurring the same. All relief not expressly granted herein is DENIED.

**IT IS SO ORDERED.**

Dated: May 28, 2019

_____
United States District Judge